IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:22cr32 |
| Plaintiff, | : | JUDGE WALTER H. RICE |
| v. | : | |
| JOHNATHAN DALE STUMP, | : | |
| Defendant. | : | |

## ENTRY RELEASING DEFENDANT FROM CUSTODY TO REPORT TO NOVA HOUSE FOR INPATIENT TREATMENT

Defendant Johnathan Dale Stump is to be released from the Butler County Jail on May 11, 2022, at 8:30 a.m. to a member of the United States Marshals Service to be transported to the United States Pretrial Services Office at the Dayton Federal Courthouse. Defendant is to then be transported by Belinda Fowler, whose phone number is 937-536-5782, to report directly to Nova House for inpatient residential treatment. He is to arrive at the Nova House in ample time for his 10:00 a.m. intake procedure. Upon release from inpatient treatment, defendant shall immediately contact United States Pretrial Services Officer, LeRae Anthony.

May 9, 2022

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE

cc: Counsel of record
    United States Marshals Office
    LeRae Anthony, Katie Snodgrass